SCHNEIDER v. FENTON, Adm'r.

No. 11990—Opinion Filed Oct. 2, 1923.

Commissioners' Opinion, Division No. 5.

Error from District Court, Woodward County; James B. Cullison, Judge.

Action between Frank L. Fenton and George Schneider. From the Judgment, George Schneider brings error. Dismissed.

F. E. Chappel, for plaintiff in error.

C. W. Herod, for plaintiff in error.

Opinion by PINKHAM, C. The petition in error and case-made attached, were filed in this court January 4, 1921. Plaintiff in error has failed to file brief in the cause as required by Rule 7 of this court.

The petition in error should therefore be dismissed for want of prosecution. Bender v. Bender et al., 30 Okla. 288, 119 Pac. 205.

By the Court: It is so ordered.

---

SIMMER et ux. v. GRAY et al.

No. 11966—Opinion Filed Oct. 2, 1923.

Appeal and Error—Failure to File Brief—Dismissal.

Where the plaintiff in error files no brief as required by Rule 7 of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Pinkham, C.)

Commissioners' Opinion, Division No. 5.

Error from District Court, Okfuskee County; Lucien B. Wright, Judge.

Action by Homer Gray and T. V. McMahan against Charlie Simmer and Kizzie Simmer. Judgment rendered for Homer Gray and T. V. McMahan. From the judgment, Charlie Simmer and Kittie Simmer bring error. Dismissed.

J. H. Linebaugh and Paul Pinson, for plaintiffs in error.

Wright, Huddleston & Stephenson, for defendants in error.

Opinion by PINKHAM, C. This cause comes on to be heard upon motion of the defendants in error to dismiss the appeal for the reason that on April 18, 1923, this court ordered plaintiffs in error to file their brief on or before July 1, 1923; and that said plaintiffs in error have failed and neglected to file said brief, or to serve copy thereof as required by Rule 7 of this court.

An examination of the record shows that the plaintiffs in error are in default in failing to file briefs, although the time for so doing has long since expired.

The motion to dismiss must be sustained. Bank of Taft v. Thompson, 29 Okla. 683, 119 Pac. 124; Cox v. Rogers, 30 Okla. 296, 119 Pac. 205.

By the Court: It is so ordered.